IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. DNCW 3:93CR126-01 |
| | ) | (Financial Litigation Unit) |
| TIAWANA D. BROWN, | ) | |
| and | ) | |
| IQOR HOLDINGS US INC., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to IQOR Holdings US, Inc., filed in this case on September 17, 2010, against the Defendant Tiawana D. Brown is **DISMISSED**.

**SO ORDERED**.   Signed: October 6, 2010

David S. Cayer
United States Magistrate Judge